UNITED STATES DISTRICT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH L. PEREGO, II, individually and on behalf of his minor son, KENNETH L. PEREGO, III and WENDY PEREGO | CIVIL ACTION NO. |
| VERSUS | DISTRICT JUDGE |
| CROSSROADS REGIONAL HOSPITAL, LLC OF LOUISIANA (incorrectly named as ACADIA HEALTHCARE COMPANY, INC.) | MAGISTRATE JUDGE *Electronically Filed* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF REMOVAL

Defendant, Crossroads Regional Hospital, LLC of Louisiana d/b/a Longleaf Hospital (hereinafter sometimes collectively referred to as "Longleaf"), incorrectly named as Acadia Healthcare Company, Inc., through undersigned counsel and pursuant to 28 U.S.C. §§1441 and 1446, files this Notice of Removal of the captioned action now pending in the 9th Judicial District Court for the Parish of Rapides, State of Louisiana, Docket No. 255,705, Division B. In support of its Notice of Removal, Longleaf respectfully represents:

1.

On or about May 2, 2016, Kenneth L. Perego, II, individually and on behalf of his minor son, Kenneth L. Perego, III, and Wendy Perego commenced the captioned action by filing a Petition for Damages (the "Petition") in state court. Longleaf was served on May 6, 2016. A copy of all process, pleadings, and orders served upon Longleaf in the state court action are attached hereto as **EXHIBIT A**.

2.

According to the allegations of the Petition, Plaintiffs reside in Rapides Parish, Louisiana.[1]

3.

In the Petition, Plaintiffs assert claims individually and on behalf of their minor son for damages arising out of brain and other injuries allegedly sustained by their son, Kenneth L. Perego, III, along with past and future severe emotional distress, and loss of enjoyment of life, along with other money damages referenced in the Petition. Louisiana law does not permit demand for a specific amount as contemplated by 28 U.S.C. §1446(c)(2)(A)(ii). However, based upon Plaintiffs' Petition for Damages, it is evident Plaintiffs' claim exceeds $75,000.00, exclusive of interest and costs.[2]

4.

Longleaf does not admit the underlying facts as alleged by Plaintiffs or as summarized above. Further, Longleaf expressly denies that it is liable to Plaintiffs as alleged.

5.

The Petition names Acadia Healthcare Company, Inc. ("Acadia") as the defendant and correctly acknowledges that Acadia is a foreign corporation having its principal place of business in Franklin, Tennessee.[3] The correct defendant should be Crossroads, which is a Delaware limited liability company with its principal business office in Franklin, Tennessee. Its sole member is Acadia.

---

[1] See Plaintiffs' Petition for Damages, introductory paragraph.

[2] See Plaintiffs' Petition, ¶¶16-19.

[3] See Plaintiffs' Petition, ¶ 1.

6.

This Court has diversity jurisdiction pursuant to 28 U.S.C. §1332, because complete diversity exists between Longleaf and Plaintiffs, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7.

Plaintiffs' Petition was received for the first time by Longleaf on or about May 6, 2016 through service of process. Thus, this Notice of Removal has been timely filed under 28 U.S.C. §1446(b).

8.

A copy of this Notice of Removal is being served upon all known counsel of record, and Longleaf will file a copy of the Notice with the clerk for the 9th Judicial District Court, Parish of Rapides, State of Louisiana.

9.

A copy of the process, pleadings, and orders served upon Longleaf in the state court action are attached to the Listing of Parties pursuant to 28 U.S.C. §1447(b) and hereto as **EXHIBIT A**.

**WHEREFORE**, Crossroads Regional Hospital, LLC of Louisiana d/b/a Longleaf Hospital hereby provides notice that the action is duly removed.

Respectfully submitted,

**SCOFIELD & RIVERA, L.L.C**

BY: *s/Bryan D. Scofield*
    **BRYAN D. SCOFIELD - #19147**
    **JAMES T. RIVERA - #23913**
    100 E. Vermilion, Suite 301
    Post Office Box 4422
    Lafayette, Louisiana 70502
    (337) 235-5353

**ATTORNEYS FOR** Crossroads Regional Hospital, LLC of Louisiana d/b/a Longleaf Hospital

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has this date been forwarded to all known counsel of record via facsimile transmission and by placing a copy of same in the United States mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 9th day of May, 2016.

    *s/Bryan D. Scofield*
    **BRYAN D. SCOFIELD - #19147**