UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH L PEREGO II ET AL | CASE NO. 1:16cv0630 |
| VERSUS | CHIEF JUDGE DRELL |
| ACADIA HEALTHCARE CO INC | MAGISTRATE JUDGE PEREZ-MONTES |

**FIRST AMENDED COMPLAINT**

Plaintiff, KENNETH L. PEREGO, II, appearing individually and as the natural tutor of his minor son, KENNETH L. PEREGO, III and WENDY PEREGO, who respectfully desires to amend and supplement their original Petition for Damages (Doc. 1, Exhibit 1) as follows:

A.

Plaintiffs hereby amend and supplement Paragraph 1 of the Petition for Damages, such that the entirety now reads as follows:

"1.

The defendant in this action is CROSSROADS REGIONAL HOSPITAL, LLC OF LOUISIANA d/b/a Longleaf Hospital ("Crossroads"), a foreign limited liability company whose sole member is Acadia Healthcare Company, Inc."

B.

Plaintiffs re-allege and reiterate all of the allegations and prayers of their original Petition and adopt said allegations and prayers herein by reference thereto as though fully set forth herein.

C.

In accordance with Rule 15(a)(1) of the Federal Rules of Civil Procedure, amendment is allowed as a matter of course and no leave of court or opposing party consent is required.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, KENNETH L. PEREGO, II, individually and as natural tutor of his minor son, KENNETH L. PEREGO, III and WENDY PEREGO, pray:

A. That service of this First Amended Complaint be made upon defendant through counsel of record pursuant to Federal Rule of Civil Procedure 5;

B. That after due proceedings had there be judgment herein in favor of Plaintiffs for all damages described, together with all costs and judicial interest; and

C. For all just, general and equitable relief.

Respectfully submitted,

**FAIRCLOTH, MELTON & SOBEL, LLC**

By: _____/s/ Brook L. Villa_____
Jimmy R. Faircloth, Jr.      La. Bar Roll #20645
Lauren Stokes Laborde     La. Bar Roll #32180
jfaircloth@fairclothlaw.com
llaborde@fairclothlaw.com
105 Yorktown Drive
Alexandria, LA 71303
Phone (318) 619-7755
Fax (318) 619-7744

Brook L. Villa               La. Bar Roll #31988
bvilla@fairclothlaw.com
301 Main St., Ste. 920
Baton Rouge, LA 70801
Phone (225) 343-9535
Fax (225) 343-9538

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I presented the above and foregoing First Amended Complaint for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Baton Rouge, Louisiana, this 16th day of May, 2016.

_____/s/ Brook L. Villa_____
OF COUNSEL