UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH L PEREGO II ET AL | CASE NO. 1:16cv0630 |
| VERSUS | CHIEF JUDGE DRELL |
| ACADIA HEALTHCARE CO INC. | MAGISTRATE JUDGE PEREZ-MONTES |

**SECOND AMENDED COMPLAINT**

Plaintiffs, KENNETH L. PEREGO, III, KENNETH L. PEREGO, II, appearing individually and as agent for KENNETH L. PEREGO, III, and WENDY PEREGO, respectfully desire to amend and supplement their original Petition for Damages (Doc. 1, Exhibit 1) and First Amended Complaint (Doc. 7) (collectively referred to herein as the "Complaint") as follows:

A.

Plaintiffs hereby amend and supplement the initial, unnumbered paragraph of the Petition for Damages, such that the entirety now reads as follows:

> "NOW INTO COURT, through undersigned counsel, comes KENNETH L. PEREGO, III, KENNETH L. PEREGO, II, appearing individually and as agent for KENNETH L. PEREGO, III, and WENDY PEREGO (hereinafter also referred to as "Plaintiffs"), all residents of the full age of majority of Rapides Parish, Louisiana, who respectfully represent as follows:"

B.

Plaintiffs re-allege and reiterate all of the allegations and prayers of their Complaint and adopt said allegations and prayers herein by reference thereto as though fully set forth herein.

C.

In accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure, opposing party, Crossroads Regional Hospital, LLC of Louisiana d/b/a Longleaf Hospital, has provided written consent to this amendment. Accordingly, leave of court is not required.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, KENNETH L. PEREGO, III, KENNETH L. PEREGO, II, appearing individually and as agent for KENNETH L. PEREGO, III, and WENDY PEREGO, pray:

A. That service of this Second Amended Complaint be made upon defendant through counsel of record pursuant to Federal Rule of Civil Procedure 5;

B. That after due proceedings had there be judgment herein in favor of Plaintiffs for all damages described, together with all costs and judicial interest; and

C. For all just, general and equitable relief.

Respectfully submitted,

**FAIRCLOTH, MELTON & SOBEL, LLC**

By:    /s/ Brook L. Villa
Jimmy R. Faircloth, Jr.    La. Bar Roll #20645
jfaircloth@fairclothlaw.com
105 Yorktown Drive
Alexandria, LA 71303
Phone (318) 619-7755
Fax (318) 619-7744

Brook L. Villa    La. Bar Roll #31988
bvilla@fairclothlaw.com
301 Main St., Ste. 920
Baton Rouge, LA 70801
Phone (225) 343-9535
Fax (225) 343-9538

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I presented the above and foregoing Second Amended Complaint for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Baton Rouge, Louisiana, this 9th day of March 2017.

/s/ Brook L. Villa
OF COUNSEL